UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROSALIND LOGIE

    Plaintiff,

v.                                              CIVIL ACTION NO. 1:17-cv-10949-PBS

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY,
BOSTON CARMEN'S UNION
LOCAL 589,
NORMAN W. MICHAUD,
SCOTT C. ANDREWS,
JOHN J. LEE, LARRY KELLY,

    Defendants.

## REPORT AND RECOMMENDATION ON DEFENDANTS JOHN J. LEE AND LARRY KELLY'S MOTION TO DISMISS (#20).

KELLEY, U.S.M.J.

### I. Discussion and Recommendation.

This is a dispute about an alleged wrongful termination based on disability. Plaintiff Rosalind Logie is a former employee of the Massachusetts Bay Transportation Authority (MBTA). Plaintiff contends both that she was wrongfully terminated, and that the Union failed to adequately represent her. Defendants Larry Kelly and John J. Lee, were, according to plaintiff, Union officials during the relevant time period. (#1 at ¶¶ 6-7.) Plaintiff filed the present action, pro se, on May 22, 2017. (#1.) Plaintiff has not served Defendant Kelly or Defendant Lee.

Plaintiff was initially given 90 days from August 14, 2017 to serve defendants, and was permitted to "have service completed by the United States Marshals Service (USMS)." (#7.)

1

*[Handwritten note:]* 7/31/18 — I adopt the Report and recommendation and dismiss the action against defendants Lee and Kelly. —Patti B. Saris