UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROSALIND LOGIE,
    Plaintiff,

v.                                     CIVIL ACTION NO. 1:17-cv-10949-PBS

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY,
BOSTON CARMEN'S UNION
LOCAL 589,
NORMAN W. MICHAUD,
SCOTT C. ANDREWS,
JOHN J. LEE, LARRY KELLY,
    Defendants.

## REPORT AND RECOMMENDATION ON DEFENDANT BOSTON CARMEN'S UNION'S MOTION TO DISMISS (#21).

KELLEY, U.S.M.J.

### I. Introduction.

Plaintiff Rosalind Logie is a former employee of the Massachusetts Bay Transportation Authority (MBTA). Plaintiff contends both that she was wrongfully terminated by the MBTA because of her diabetes, and that the Boston Carmen's Union, Local 589 (the Union) failed to represent her and preserve her job. Where Plaintiff has failed to plead a cause of action against the Union, the Court RECOMMENDS that DEFENDANT Boston Carmen's Union, Local 589's Motion to Dismiss (#21) be GRANTED.[1]

---

[1] Plaintiff also sued two union officials, Larry Kelly and John J. Lee, in their individual and official capacities. They filed a separate motion to dismiss (#20), for which the court has issued a separate Report and Recommendation.

1

*7/31/18 — I adopt the report and recommendation and dismiss the action against the Boston Carmen's Union.* — [signature]