UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Rosalind Logie,

    Plaintiff,

v.

Mass, Bay Transportation
Authority, et al.,

    Defendants.

Civil Action
No. 17-cv-10949-PBS

## MOTION FOR LEAVE TO FILE NOTICE OF APPEAL NUNC PRO TUNC

Now comes the Plaintiff, Rosalind Logie, moves for lea of Court to file her notice of appeal nunc pro tunc. In support of this motion, the Plaintiff states:

1. She was unaware that her lawsuit/claims were dismissed by this court, where she never received any notice from this court of any action taken in this matter from the court.

2. She only became aware after her son-in-law Rico Perry contacted his lawyer to check up on the status of the case when his lawyer informed him that it had been dismissed. See Affidavit of Rico Perry, attached.

3. If she had received proper notice from the court, she could have timely submitted her written objections to this court's findings and timely appealed it.

4. In the interest of justice, this court should grant

---

[Handwritten margin annotation:] 12/6/18 Denied. The motion was mailed to Ms. Logie. See docket 47. Paul B Saris